UNITED STATES DISTRICT COURT for THE SOUTHERN DISTRICT OF WEST VIRGINIA

SALEEM EL-AMIN

v.

UNITED STATES

FILED
FEB - 9 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

1:18-CV-00282

COMPLAINT FOR INVASION OF PRIVACY "zone and danger" MENTAL & EMOTIONAL DISTRESS

Comes now, the plantiff, MR. EL-Amin, Pro Se litigant, and files this complaint for $10,000.00 against UNITED STATES and alleges:

This is an action for $10,000.00 pursuant to 28 USC 1346 (b)(1)

I reside in welch, W.V. and the invasion of privacy bringing me in the zone of Danger for Mental & emotional distress occured in welch, W.V.

statement of facts

on or about november, 2017 the united states agency FCI mcDowell invaded my privacy and brought me in the zone

of danger for mental & emotional distress when an employee opened my legal mail marked -- SPECIAL MAIL open only in the presence of inmate CFR 540.2 (c) (Exhibit 1)

II. Waiver of Exhaustion

First I claim the defenition of the Acquired rights doctrine gives me the First Amend. right to petition government for redress without it being rendered by legislation of 42 USCS 1997e and the 1929 Section of the revised statue see Black's Law Dictionary (10th ed.) (Dictionary Act) 1 USC 1

III. Waiver of PLRA

Second I claim the defenition of the acquired rights Doctrine in the Black's Law Dictionary grants me the I Amend right to redress government and cannot be rendered by legislation of 28 USC 1915(g) or the PLRA

III Zone and Danger of Mental & Emotional Distress

Finally I claim under the guidance of Parks v. Internal Revenue Service 618 F.2d 677, 683 (10th cir. 1980) I came within the zone and danger of mental and emotional distress when an united States employee at FCI McDowell invaded my privacy by opening my legal mail marked - SPECIAL MAIL - open only in the presence of inmate pursuant to CFR 540.2(c). Norfolk & Western R. Co. v. Ayers 538 U.S. 135, 155 LEd 2d ("are placed in immediate risk of physical harm by that conduct" that is, those who escaped instant physical harm, but were "within the zone of danger or physical harm)

IV. Relief for Zone of Danger

I seek $10,000.00 from united states in light of Parks v. Internal Revenue Service 618 F.2d 677, 683 (10th cir. 1980) pursuant to CFR 540.2(c) because an employee of FCI McDowell invaded my privacy placing me in zone of danger for emotional mental distress when he opened my legal mail marked - SPECIAL MAIL - open only in presence of inmate. Norfolk & Western R. Co. v. Ayers 538 U.S. 135, 155 LEd 2d (Exhibit 1)

Saleem Elamin
2-7-2018

EXHIBIT 1

**CLERK, UNITED STATES COURT OF APPEALS**
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001-2866

OFFICIAL BUSINESS

THIS CORRESPONDENCE DOES
NOT MEET BOP CRITERIA OF
SPECIAL MAIL HANDLING

NEOPOST
11/27/2017
US POSTAGE $000.46⁰
FIRST-CLASS MAIL
ZIP 20001
041M11283068

SPECIAL MAIL
Open only in the presence of inmate

Saleem El-Amin
72095-083
MCDOWELL
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P. O. Box 1009

24801-102929

SPECIAL MAIL
Open only in the presence of inmate